LAW OFFICES OF MARK E. HUBER
2140 Professional Drive, Suite 250
Roseville, CA 95661
Telephone: (916) 781-3500

Mark E. Huber - SBN: 179183
Attorney for Debtor

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
Sacramento Division

| | |
|---|---|
| In re:<br><br>ANN-MARIE MAKER, WILLIAM HARRY MAKER,<br><br>Debtor(s) / | Case No. 10-49569-B-13J<br>Chapter 13<br><br>Motion Conrol No. MEH-1<br><br>Date: March 22, 2011<br>Time: 9:32 a.m.<br>Place: 501 I Street, 6th Floor, Courtroom 32, Sacramento, CA 95814 |

**MOTION TO CONFIRM CHAPTER 13 PLAN**

Debtors', through their attorney, Mark E. Huber hereby moves this court for an order confirming Debtors' Chapter 13 Plan.

This motion is base on the following grounds:

1. This court has authority to hear this motion purusant to 11 USC 1324.

2. The debtors filed their Chapter 13 plan and proposed to pay $150.00 per month for 60 months.

3. Debtors propose that the court confirm the Chapter 13 plan as filed and proposed.

PLEASE TAKE FURTHER NOTICE that any written response or opposition to said motion must be filed with the United States Bankruptcy Court at 501 I Street, Sacramento, California, 95814, and served upon Debtors counsel at 2140 Professional Drive, Suite 250, Roseville, California 95661, not later than fourteen (14)

calender days prior to the date fixed for the hearing to consider the above motion.

NOTICE IS FURTHER GIVEN unless written opposition and supporting evidence are filed with the Clerk and served on the moving party, the Court may resolve the matter without oral argument.

Dated: 1-26-11

_____
Mark E. Huber, Attorney for Debtors

2.