FILED
January 26, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0003238288

LAW OFFICES OF MARK E. HUBER
2140 Professional Drive, Suite 250
Roseville, CA 95661
Telephone: (916) 781-3500

Mark E. Huber - SBN: 179183
Attorney for Debtor

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
Sacramento Division

In Re

ANN-MARIE MAKER, WILLIAM HARRY MAKER,

Debtor(s)

Case No. 10-49569-B-13J
Chapter 13

Motion Conrol No. MEH-1

Date: March 22, 2011
Time: 9:32 a.m.
Place: 501 I Street, 6th Floor, Courtroom 32, Sacramento, CA 95814

**NOTICE OF MOTION TO CONFIRM CHAPTER 13 PLAN**

Debtors', through their attorney, Mark E. Huber hereby moves this court for an order confirming Debtors' Chapter 13 Plan.

This motion is base on the following grounds:

THE MOTION SHALL BE HEARD by the Court on March 22, 2011, at the United States Courthouse located at 501 "I" Street, 6th Floor, Sacramento, California, in Courtroom 32.

PLEASE TAKE FURTHER NOTICE that any written response or opposition to said motion must be filed with the United States Bankruptcy Court at 501 I Street, Sacramento, California, 95814, and served upon Debtors counsel at 2140 Professional Drive, Suite 250, Roseville, California 95661, not later than fourteen (14) calender days prior to the date fixed for the hearing to consider the above motion.

1  NOTICE IS FURTHER GIVEN unless written opposition and
2 supporting evidence are filed with the Clerk and served on the
3 moving party, the Court may resolve the matter without oral
4 argument.

Dated: 1-26-11

_____
Mark E. Huber, Attorney for
Debtors

2.