FILED
January 26, 2011
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA
0003238290

# PROOF OF SERVICE BY MAIL

CASE: In re ANN-MARIE MAKER and WILLIAM HARRY MAKER
NO: U.S. Bankruptcy Court Eastern District of California, Sacramento Division, 2010-49569-b-13J

STATE OF CALIFORNIA )
) ss
COUNTY OF PLACER )

I, the undersigned, hereby declare:

That I am an employee in the County of Placer, California, that I am over the age of eighteen years and not a party to the within cause; my business address is 2140 Professional Drive, Suite 250, Roseville, CA 95661.

I am familiar with the business practices of the LAW OFFICE OF MARK E. HUBER for collecting and processing mail and know that the mail in said office is collected and processed so that this piece of mail was deposited with the United States Postal Service on the same date as indicated below. On this date of January 26, 2011, served the within **Notice of Motion to Confirm Chapter 13 Plan, and Motion to Confirm Chapter 13 plan** on the interested parties in said action by depositing for collection and mailing, following ordinary business practices, a true copy thereof enclosed in a sealed envelope with postage thereon fully prepaid and addressed as follows:

Jan P. Johnson
Chapter 13 Trustee
PO Box 1708
Sacramento, CA 95812

Office of US Trustee
501 "I" Street, Room 7-500
Sacramento, CA 95814

See Attached List

I declare under penalty of perjury, under the laws of the State of California, that the foregoing is true and correct.

Executed on 1-26-2011, at Roseville, California.

Mark E. Huber

| # | Column 1 | Column 2 | Column 3 |
|---|---|---|---|
| 1 | Amercian Express<br>PO Box 981537<br>El Paso TX 79998 | Citi Cards<br>PO Box 6940<br>The Lakes NV 88901 | Payment Processing Center<br>PO Box 54770<br>Los Angeles CA 90054 |
| | American Express<br>Box 0001<br>Los Angeles CA 90096 | Citi Cards CBSDNA<br>PO Box 6241<br>Sioux Falls SD 57117 | Wachovia Dealer Services Inc<br>PO Box 253<br>Santa Ana CA 92799 |
| | American General Finance<br>PO Box 59<br>Evansville IN 47701 | Discover Financial Services<br>PO Box 15316<br>Wilmington DE 19850 | WFS/Wachovia Dealer Services<br>PO Box 1697<br>Winterville NC 28590 |
| | Bac Home Loans Servicing<br>450 American Street<br>Simi Valley CA 93065 | HSBC Best Buy<br>PO Box 15521<br>Wilmington DE 19805 | |
| | Bank of America Home Loans<br>PO Box 10219<br>Van Nuys CA 91410 | HSBC Kawasaki<br>PO Box 15521<br>Wilmington DE 19805 | |
| | Best Buy<br>PO Box 60148<br>City of Industry CA 91716 | HSBC Retail Services<br>PO Box 60107<br>City of Industry CA 91716 | |
| | Capital One<br>PO Box 60599<br>City of Industry CA 91716 | Kohls Dept Store<br>N 56 W 17000 Ridge<br>Menomonee Falls WI 53051 | |
| | Capital One Bank USA NA<br>PO Box 30281<br>Salt Lake City UT 84130 | Kohls Payment Center<br>PO Box 30510<br>Los Angeles CA 90030 | |
| | Card Member Services<br>PO Box 94014<br>Palatine IL 60094 | Nissan Motor Acceptance<br>PO Box 660360<br>Dallas TX 75266 | |
| | Chase Bank USA NA<br>Bank One Card Service<br>Westerville OH 43081 | Nissan Motor Corporation<br>PO Box 78132<br>Phoenix AZ 85062 | |